**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARCUS L. WASHINGON** **PLAINTIFF**
**#149540**

**v.** **No. 4:26-cv-733-DPM**

**ANDREW MCMASTER, Police Officer, Badge #1553A, North Little Rock Police Department; SHELL GAS STATION, Gas Station/Convenience Store, North Little Rock; CIRCLE K, Gas Station/Convenience Store, North Little Rock; JACOB R. VAN ASSCHE, Police Officer, Badge #1718, North Little Rock Police Department; THOMAS R. LABIT, Police Officer, Badge #2317, North Little Rock Police Department; DUSTIN P. VICKERS, Police Officer, Badge #7518, North Little Rock Police Department; LEAH MARTIN, Clerk/Attendant, Circle K; and CITY OF NORTH LITTLE ROCK, Policy Makers, City Officials** **DEFENDANTS**

**ORDER**

**1.** Washington's motion to proceed *in forma pauperis, Doc. 1,* is granted. The Court assesses an initial partial filing fee of $2.02. After payment of the initial partial filing fee, Washington's custodian must collect monthly payments from his prison trust account each time the amount in the account exceeds $10. These payments will be equal

to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Washington's behalf must be clearly identified by case name and case number.

**2.** The Court directs the Clerk to send a copy of this Order to the Administrator of the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

**3.** The Court must screen Washington's § 1983 complaint. *Doc. 2*; 28 U.S.C. § 1915(e). He alleges he was wrongly detained and searched at a Circle K gas station in July 2025. *Doc. 2 at 7–8*. He says he was wrongly detained and searched at a Shell gas station a few months later in September 2025, too. *Doc. 2 at 5–7*. He claims he was denied the right to confront his accuser for the September incident. He has sued all the officers involved in both interactions, the gas stations, the clerk at the Circle K, and the City of North Little Rock.

There are pending criminal charges against Washington stemming from the gas station searches. The Court can, and does, notice these proceedings. *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005). A public records search reveals that Washington is detained awaiting trial. *State v. Washington*, 60CR-25-5355 (Pulaski County); *State v. Washington*, 60CR-25-5709 (Pulaski County).

The Court must abstain from proceeding with Washington's federal case because the criminal cases are ongoing, Arkansas has an important interest in enforcing its criminal laws, and Washington may raise his constitutional claims during his state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43–45 (1971). Further, he hasn't alleged bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). Washington's case is therefore stayed until there's a final disposition of his pending state charges. *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603–04 (8th Cir. 1999).

*

The Court directs the Clerk to stay and administratively terminate this case. Washington can move to reopen it after final disposition of his state cases, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Washington doesn't file a timely motion to reopen or a status report by 23 August 2027, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

31 July 2026